

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00477-CV

Maria **OLIVARRI**,
Appellant

v.

Ray Jesse **OLIVARRI**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2017CV03082
Honorable Tommy Stolhandske, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of costs of court in this appeal. No costs are taxed.

SIGNED May 30, 2018.

_____
Patricia O. Alvarez, Justice